**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**LATOYIA DOWELL**                                                    **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 2:17-CV-116-KS-MTP**

**GARY LAWRENCE**                                                  **DEFENDANT**

## ORDER

On July 13, 2017, the United States of America filed a Motion to Substitute Parties [2] and a Motion to Dismiss [4] for lack of subject matter jurisdiction. Plaintiff shall respond to each motion on or before **July 27, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so on or before **August 3, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per each motion, and Plaintiff's responses shall not exceed thirty-five (35) pages each. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this ___14th___ day of July,  2017.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE